IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01223-MSK-CBS

JOEY YOUNG,
    Plaintiff,
v.

INVESTIGATOR BEAU EWEN,
INVESTIGATOR BORQUEZ, and
AURORA POLICE DEPARTMENT/NARCOTICS UNIT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court pursuant to the letter and inmate account statement filed by Mr. Young on July 23, 2007 (doc. # 21), wherein Mr. Young indicates that his current address is DOC # 137021, 6564 State Highway 96, Olney Springs, CO 81264-8700.  (*See also* Civil Action No. 07-cv-01222-WYD-CBS, doc. # 11 (indicating Mr. Young's current address is DOC # 137021 at Crowley County Correctional Facility, 6564 State Highway 96, Olney Springs, CO 81264-8700)).  Several mailings sent to Mr. Young's former address of record have been returned in the mail as undeliverable.  The court having reviewed the case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    The Clerk of the Court is directed to update Mr. Young's address to DOC # 137021 at Crowley County Correctional Facility, 6564 State Highway 96, Olney Springs, CO 81264-8700.

    2.    The Clerk of the Court is directed to re-mail copies of docs. # 15, # 10, # 9, # 8, # 7, and # 6 to Mr. Young at his current address.

    3.    Pursuant to D.C. COLO. LCivR 10.1 M., within ten days after any change of address or telephone number, Mr. Young is required to notify the court of his current address and/or telephone number.  Mr. Young is hereby warned that failure to keep the court advised

in the future of his current address and/or telephone number may result in dismissal of this civil action.

DATED at Denver, Colorado, this 25th day of July, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge