## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### U.S. Magistrate Judge Craig B. Shaffer

**Civil Action:  07-cv-01223-MSK-CBS**          **FTR** - Reporter Deck-Courtroom A402
**Date:  September 24, 2007**                   **Courtroom Deputy:**  Ben Van Dyke

JOEY YOUNG,                                     Pro se, via telephone

      **Plaintiff,**

v.

INVESTIGATOR BRAUN EWEN, *et al.,*             L. Douglas Jewell
                                               David R. Osborne
      **Defendants.**                          Julia A. Bannon

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        8:35 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:     Plaintiff's Notice (construed as a motion to compel) [filed September 4, 2007; doc. 39] is denied as premature for the reasons stated on the record.**

**ORDERED:     The Motion for Court to Request for Defendants to Provide Documentation Pursuant Rule 34 [filed September 21, 2007; doc. 45] is denied as premature for the reasons stated on the record.**

**ORDERED:     Status Conference set for October 9, 2007 at 1:00 p.m.  Plaintiff shall appear telephonically for the conference by calling the court at (303) 844-2117.**

HEARING CONCLUDED.
**Court in recess:        9:17 a.m.**
Total time in court:     00:42