IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01223-MSK-CBS

JOEY YOUNG,

    Plaintiff,

v.

INVESTIGATOR BAUN EWEN,
INVESTIGATOR BORQUESZ, and
AURORA POLICE DEPARTMENT/NARCOTICS UNIT,

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's "Motion for Court to Request for Defendants [sic] Admission Pursueant [sic] Rule 36" (*doc. no. 47)* is **DENIED** as premature.

**DATED:**    September 24, 2007