**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-01223-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  October 9, 2007** | **Courtroom Deputy:** Ben Van Dyke |

JOEY YOUNG,                                                                    Pro se, via telephone

    **Plaintiff,**

v.

INVESTIGATOR BRAUN EWEN, *et al.,*                    Sarah E. McCutcheon
                                                                                David R. Osborne
    **Defendants.**                                                           Julia A. Bannon

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:      1:02 p.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:**  Plaintiff's Motion for Order [filed October 5, 2007; doc. 52] is granted for the reasons stated on the record.  The defendants shall reserve the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (doc. 42) upon defendant on this date.

**ORDERED:**  Status Conference set for October 25, 2007 at 2:30 p.m.  Plaintiff shall appear telephonically for the conference by calling the court at (303) 844-2117.

HEARING CONCLUDED.

**Court in Recess:      1:17 pm.**
Total In-Court Time:     00:15