IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01223-MSK-CBS

JOEY YOUNG,
    Plaintiff,
v.

INVESTIGATOR BEAU EWEN,
INVESTIGATOR BORQUEZ, and
AURORA POLICE DEPARTMENT/NARCOTICS UNIT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Young's "Motion for contempt of court on defendants['] Failure to comply with a court order" (filed October 29, 2007) (doc. # 59). Pursuant to the Order of Reference dated July 9, 2007 (doc. # 14) and the memorandum dated October 29, 2007 (doc. # 60), the Motion was referred to the Magistrate Judge.

    Mr. Young alleges that Defendants served a second copy of their Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and Brief in Support (docs. # 43 and # 44) without the attachments (docs. # 43-2 through # 43-6). Mr. Young has already filed his response to Defendants' Motion (*see* doc. # 57) and discovery has been stayed pending the court's ruling on the Motion (*see* doc. # 58). The only relief Mr. Young seeks is "to hold the defendants in contempt of court."

    The court having reviewed the matter and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Young's "Motion for contempt of court on defendants['] Failure to comply with a court order" (filed October 29, 2007) (doc. # 59) is DENIED.

    2.    The Clerk of the Court is directed to mail to Mr. Young copies of docs. # 43-2, # 43-3, # 43-4, # 43-5, and # 43-6.

    3.    **On or before November 15, 2007**, Mr. Young may file a supplement to his

response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (doc. # 43).

4.     **On or before November 30, 2007**, Defendants may file a reply to any supplement filed by Mr. Young.

DATED at Denver, Colorado, this 30th day of October, 2007.

BY THE COURT:


　　　　　　　　　　　　　　　　　　s/Craig B. Shaffer
　　　　　　　　　　　　　　　　　　United States Magistrate Judge