IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01223-MSK-KMT

JOEY YOUNG,

      Plaintiff,

v.

INVESTIGATOR BEAU EWEN,
INVESTIGATOR JOHN BORQUEZ, and
AURORA POLICE DEPARTMENT/NARCOTICS UNIT,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the pleading entitled "Plaintiff Request for Dismissal Without Prejudice in the Best Interest of Justice" (Motion) **(#72)** filed February 14, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 14th day of February, 2008.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge